IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COURTNEY WILLIAMS,

          Petitioner,               No. CIV S-11-2853 JAM EFB P

    vs.

VIRGA,

          Respondent.         <u>ORDER</u>

_____/

      Petitioner seeks a writ of habeas corpus.  *See* 28 U.S.C. § 2254.  On January 24, 2012, respondent filed a motion to dismiss for failure to state a cognizable claim for relief.  Petitioner has not filed an opposition or a statement of no opposition to respondent's motion to dismiss.

      A responding party's failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."  L. R. 230(l).  Failure to comply with any order or with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  L. R. 110.  The court may dismiss this action with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended

1   complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,

2   1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule

3   regarding notice of change of address affirmed).

4          Accordingly, it is hereby ORDERED that, within 21 days of the date of this order,

5   petitioner shall file either an opposition to the motion to dismiss or a statement of no opposition.

6   Failure to comply with this order may result in this action being dismissed.

7   Dated:   April 6, 2012.

8

9                                   EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26