UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY WILLIAMS, | No. 2:11-cv-2853-JAM-EFB P |
| Petitioner, | |
| v. | ORDER |
| TIM VIRGA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 19, 2014, are adopted in full;

/////

1

2. Respondent's January 24, 2012 motion to dismiss (ECF No. 11) is granted with leave to amend and without prejudice;

3. Petitioner is granted 30 days from the date of this order to file an amended petition alleging facts that would show that the petition implicates the fact or duration of his confinement;

4. Petitioner's July 26, 2013 motion for an order to show cause (ECF No. 25) is denied; and

5. Petitioner's January 7, 2013 motion for expedited treatment (ECF No. 27) is denied.

DATED: April 15, 2014

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE